UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

- - - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

GEORGE VERNON ROGERS, JR.,
    aka "George Vernon Rogers-Sowieja,"
    aka "George Sowieja,"

        Defendant.
_____/

**INDICTMENT**

The Grand Jury charges:

**Failure to Register**

Beginning in or about June 2025, the exact date being unknown to the grand jury, and continuing until on or about July 30, 2025, in Chippewa County, in the Western District of Michigan, Northern Division, Defendant,

GEORGE VERNON ROGERS, JR.,
aka "George Vernon Rogers-Sowieja,"
aka "George Sowieja,"

an individual required to register under the Sex Offender Registration and Notification Act, who is a sex offender by reason of a conviction under Federal law, knowingly failed to update a registration as required by the Sex Offender Registration and Notification Act.

Specifically, on or about October 12, 2010, in the U.S. District Court for the Western District of Michigan, Defendant was convicted of Sexual Abuse of a Minor,

-1-

which required him to register as a sex offender and keep his registration current. Between in or about June 2025 and July 30, 2025, Defendant moved his residence and failed to update his registered address within 3 business days as required by the Sex Offender Registration and Notification Act.

**18 U.S.C. § 2250(a)**
**34 U.S.C. § 20911**
**34 U.S.C. § 20913(c)**

A TRUE BILL

[ /s/ Redacted ]
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

THEODORE J. GREELEY
Assistant United States Attorney

-2-